AO 247 (11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                           Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kelvin Cornelius Thomas, Jr. | ) | Case No: 4:13-cr-01090-MGL-1 |
|  | ) | USM No: 26544-171 |
| Date of Original Judgment: 06/11/2014 | ) | |
| Date of Previous Judgment: 06/13/2014 | ) | William F. Nettles, IV, AFPD |
| *(Use Date of Last Amended Judgment if Applicable)* | | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❒ DENIED.     ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  41  months **is reduced to**  33 months.

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence.

Except as provided above, all provisions of the judgment dated  06/13/2014  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/18/2015                                                                s/Mary G. Lewis
                                                                                    *Judge's signature*

Effective Date:  11/01/2015                                              The Honorable Mary G Lewis, US District Judge
         *(if different from order)*                                                *Printed name and title*